No. CR-07-00508 JW

HRL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*SEALED BY ORDER OF THE COURT*

FILED
2007 AUG -2  A 8: 16
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## THE UNITED STATES OF AMERICA

*vs.*

DAVID RAY HERNANDEZ a/k/a/ "SHAGGY"

## INDICTMENT

<u>Count One</u>: Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii)- Distribution of Methamphetamine

*A true bill.*

_____
Foreperson

Filed in open court this ___1___ day of Aug. 2007

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $  NO BAIL WARRANT
RJ

DOCUMENT NO. 1   CSA's INITIALS
DISTRICT COURT
CRIMINAL CASE PROCESSING

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
2007 AUG -2  A 8:16
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RAY HERNANDEZ,<br>a/k/a "SHAGGY",<br><br>Defendants. | No. CR 07 00508 JW HRL<br><br>VIOLATION: 21 U.S.C. § 841 (a)(1) –<br>Distribution of Methamphetamine<br><br>SAN JOSE VENUE |

## INDICTMENT

The Grand Jury charges:

On or about April 21, 2006, in the Northern District of California, the defendant,

DAVID RAY HERNANDEZ,
a/k/a "SHAGGY",

and others, did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21,

1  United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

2

3                                              A TRUE BILL.

4

5  DATED: 8/1/07

6                                              FOREPERSON

7  SCOTT N. SCHOOLS
   United States Attorney
8

9

10 DAVID R. CALLAWAY
11 Deputy Chief, San Jose Office

12

13 (Approved as to form: _____)
                          AUSA O'Connell
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INDICTMENT**                                 2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE ATTACHMENT TO PENALTY SHEET

*SEALED BY ORDER OF THE COURT*

**DEFENDANT - U.S.**
▶ DAVID RAY HERNANDEZ a/k/a "SHAGGY"

DISTRICT COURT NUMBER
CR 07 00508 JW

FILED
2007 AUG -2  A 8:17
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
HRL

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  
If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ▶ _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
THOMAS M. O'CONNELL

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

UNITED STATES OF AMERICA
v.
DAVID RAY HERNANDEZ a/k/a "SHAGGY"

**ATTACHMENT TO PENALTY SHEET**

<u>Count One</u>: Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii)- Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

1