SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH, (CABN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5053
   Fax: (408) 535-5066
   Email: thomas.m.oconnell@usdoj.gov

Attorneys for Plaintiff

**FILED**
2007 AUG 17 P 4: 01
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF COURT

FOUR (4) CERTIFIED COPIES OF WRIT DELIVERED TO THE US MARSHAL AUG 20 2007 Date

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID RAY HERNANDEZ, ) <br> a/k/a "SHAGGY", ) <br> ) <br> Defendant. ) | NO. CR 07-00508-JW <br><br> **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** <br><br> Date: August 30, 2007 <br> Time: 9:30 am |

TO:    The Honorable Howard R. Lloyd, United States Magistrate Judge of the United States District Court for the Northern District of California:

The petition of Thomas M. O'Connell, Assistant United States Attorney, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person

DAVID RAY HERNANDEZ, CDC: T04433, of whose place of custody and jailor are set

**PETITION FOR AND WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

1  forth in the requested Writ, attached hereto.

2  WHEREFORE, your petitioner prays that this Honorable Court do forthwith order that the

3  attached Writ of Habeas Corpus Ad Prosequendum issue the Writ as presented.

Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney

7  DATED:    August 13, 2007

THOMAS M. O'CONNELL
Assistant United States Attorney

10  Based upon the application of the United States Attorney set forth above, and good cause

11  appearing therefore, the application for a petition directing the issuance of a Writ of Habeas

12  Corpus Ad Prosequendum requiring the production of DAVID RAY HERNANDEZ,

13  CDC: T04433, forthwith for Initial Appearance before this Court on August 30, 2007 at

14  9:30a.m., or as soon thereafter as possible, is granted.

16  IT IS SO ORDERED.

18  DATED:  8/15/07

Howard R. Lloyd
United States Magistrate Judge

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

TO THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and Warden/Jailor, Soledad Correctional Training Facility, Soledad, California,

GREETINGS

We command that on August 30, 2007 at 9:30a.m., or as soon thereafter as possible, you have and produce the body of DAVID RAY HERNANDEZ, CDC: T04433, in your custody at the U.S. Marshals Office, 280 S. First Street, San Jose, California from Soledad Correctional Training Facility, Soledad, California, for Initial Appearance on August 30, 2007. We further command that at the government or Court's request you bring DAVID RAY HERNANDEZ, to the Courtroom of Magistrate Howard R. Lloyd, United States District Court, 280 S. First Street, 5th Floor, San Jose, California, and that immediately after the conclusion of the hearing, you return him forthwith to Soledad Correctional Training Facility, Soledad, California, or abide by such order of the Court concerning the prisoner. We further command that you produce said prisoner at all times necessary until the termination of the proceedings in this case.

WITNESS the Honorable Howard R. Lloyd, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: 8-17-07

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: *Sandy Morris*
DEPUTY CLERK
Sandy Morris

PETITION FOR AND WRIT OF
HABEAS CORPUS AD PROSEQUENDUM