UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 10/15/2007
**Case No:** CR-07-0508 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. David Ray Hernandez ( C )

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Jerry Fong

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Court continued this matter to 12/3/2007 at 1:30 PM for Setting/Disposition. Time is excluded from 10/15/2007 through 12/3/2007 to accommodate Government's efforts to reach a resolution to this matter and related cases.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: