1  SCOTT N. SCHOOLS
   United States Attorney
2
   Attorney for Plaintiff
3



FILED

2007 DEC 3  A 11: 07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   No. CR 07-00506
                                    )   No. CR 07-00508
              Plaintiff,            )
                                    )
       v.                           )   **PENALTY ENHANCEMENT PURSUANT**
                                    )   **TO TITLE 21, UNITED STATES CODE,**
DAVID RAY HERNANDEZ,                )   **SECTIONS 841(b)(1)(B) AND 851**
     aka "SHAGGY"                   )
                                    )
              Defendant.            )
_____)

INFORMATION

The United States Attorney charges:

       Pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851, that at the time of the offenses charged against defendant DAVID RAY HERNANDEZ in the above-captioned indictments, he previously had been convicted of felony drug offenses, which convictions were final, as follows:

       1.    On or about 02/02/2000 in San Benito County Superior Court, Docket Number: CR9937444, the defendant was convicted of California Health & Safety Code Section 11378, and was sentenced to 36 months probation, 120 days imprisonment.

INFORMATION

2. On or about 05/28/2003 in Santa Clara County Superior Court, Docket Number: F9987223, the defendant was convicted of California Health & Safety Code Section 11377(A), and sentenced to 60 days probation, 60 days imprisonment.

3. On or about 01/10/2007 in San Benito County Superior Court, Docket Number: CR0600784, the defendant was convicted of California Health & Safety Code Sections 11378 and 11359, and sentenced to 32 months imprisonment.

By reason of his conviction on any of the above-listed charges, the defendant is subject to increased punishment as prescribed by Title 21, United States Code, Section 841(b)(1)(B), that is, a 10-year mandatory minimum prison sentence, a maximum prison sentence of life, a maximum fine of $4,000,000, and a maximum supervised release term of life (minimum: 8 years).

DATED: December 3, 2007

SCOTT N. SCHOOLS
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Office

(Approved as to form: _____ )
AUSA O'CONNELL

INFORMATION

2