# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

### CRIMINAL MINUTES

**Judge: James Ware**                          **Courtroom Deputy: Elizabeth Garcia**
**Date:  12/3/2007**                          **Court Reporter: Summer Clanton**
**Case No: CR-07-0506 JW**                     **U.S. Probation Officer: N/A**
    **Related Case: CR 07-0508 JW**        **Interpreter:   N/A**

### TITLE

**U.S.A. v.  David Ray Hernandez (C)**

**Attorney(s) for Plaintiff(s): Tom O'Connell**
**Attorney(s) for Defendant(s): Jerry Fong**

### PROCEEDINGS

**Judgment and Sentencing**

### ORDER AFTER HEARING

**Hearing Held.  Defendant present and in custody for proceedings.  The parties made a joint request to a Magistrate Judge for a Settlement Conference.  For the reasons stated on the record the Court refers the parties to Magistrate Judge Richard Seeborg for a settlement conference.  The parties are to contact Judge Seeborg's chambers to schedule the conference.**

**The Court set a Trial Setting/Disposition Hearing for January 14, 2008 at 1:30 PM.  Time is excluded from December 3, 2007 through January 14, 2008 to accommodate the coordination of scheduling and potential resolution of the parties settlement conference.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: