```
 1  JERRY Y. FONG, ESQ. (SBN 99673)
    CAREY & CAREY
 2  706 COWPER STREET
    P.O. BOX 1040
 3  PALO ALTO, CA  94302-1040
    650/328-5510
 4  650/853-3632 fax

 5  Attorneys for Defendant
    DAVID RAY HERNANDEZ
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10                         SAN JOSE DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID RAY HERNANDEZ,<br><br>Defendant. | CASE:   CR 07-00506 JW<br>             CR 07-00508 JW<br><br>STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING, AND [Proposed] ORDER THEREON |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant DAVID RAY HERNANDEZ that the date set for judgment and sentence which is currently set for Monday, April 28, 2008, be continued to Monday, June 2, 2008, at 1:30 pm.

Counsel for Defendant HERNANDEZ has been in a federal civil trial for the past three days and in preparation for said trial during the week preceding, so he has been unable to properly prepare for the sentencing hearing on Mr. HERNANDEZ, including meeting with the Defendant.

///

///

///

In this regard, defense counsel has contacted the probation officer, Ms. Lori Timmons, and she has no objection to this continuance.

IT IS SO STIPULATED.

DATED: April 25, 2008                     CAREY & CAREY

                                                /s/
                                  JERRY Y. FONG, Attorneys for
                                  Defendant DAVID RAY HERNANDEZ

DATED:    4/25   , 2008                   UNITED STATES OF AMERICA

                                                /s/
                                  THOMAS M. O'CONNELL,
                                  Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of DAVID RAY HERNANDEZ currently set for April 28, 2008, be continued to Monday, June 2, 2008, at 1:30 pm.

DATED:   April 25  , 2008                 /s/ James Ware
                                                HON. JAMES WARE
                                                U.S. DISTRICT COURT JUDGE