UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** June 2, 2008
**Case No.:** CR-07-0506 JW
**Related Case No.:** CR-07-0508 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Peter Torreano
**U.S. Probation Officer:** Lori Timmons
**Interpreter:** N/A

## TITLE

U.S.A. v. David Ray Hernandez ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Jerry Fong

## PROCEEDINGS

1. Judgment and Sentencing as to Ct. 1 in CR-07-0506 JW
2. Govt Motion to Dismiss Ct. 2 in CR-07-506 JW and Indictment in CR 07-0508 JW

## ORDER AFTER HEARING

Hearing Held.  Defendant Hernandez present and in custody for proceedings.  The Court sentenced the Defendant as to Count One (1) in CR 07-506 JW USA v. David Ray Hernandez.  The Defendant is committed to 120 months BOP custody, 4 years supervised release under the standard and Court imposed special conditions, $100 special assessment.  The Government moved to dismiss Count Two (2) in CR-07-0506 JW and the Indictment in CR-07-0508 JW USA v. David Ray Hernandez.  The Court GRANTED the Government's Motion to Dismiss.  The Defendant is remanded to the custody of the United States Marshal Service.

Elizabeth C. Garcia
Courtroom Deputy
Original: **C. Escolano/E-filed**
CC: